UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHEICHK FALL,

                Petitioner,

    -against-

M. KOPP,

                Respondent.

23-CV-9683 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated November 7, 2023, the Court directed Petitioner, within thirty days, to submit a completed request to proceed *in forma pauperis* ("IFP") or pay the $5.00 fee required to file a petition for a writ of *habeas corpus* in this court.[1] That order specified that failure to comply would result in dismissal of the petition. Petitioner has not filed an IFP application or paid the fee. Accordingly, the petition is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

---

[1] Petitioner originally filed this petition in the United States District Court for the Eastern District of New York. *See Fall v. Kopp*, No. 23-CV-7723 (PK) (E.D.N.Y. Oct. 20, 2023). By order dated October 20, 2023, the Eastern District transferred the action to this court. (ECF 3.)

The Court directs the Clerk of Court to enter judgment.

SO ORDERED.

Dated: January 8, 2024
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge