UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHEICHK FALL,

                                    Petitioner,

                    -against-

M. KOPP,

                                    Respondent.

23-CV-9683 (LTS)

CIVIL JUDGMENT

For the reasons stated in the January 8, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

  Dated:    January 8, 2024
            New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                          Chief United States District Judge